472 A.2d 247

Commonwealth v. Hartley, Jr., Appellant.

Submitted October 24, 1983. Edward F. Kane, for appellant; Patricia Ann Zaffarano, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.
Affirmed.